UNITED STATES of America,
Plaintiff–Appellee,

v.

Erickson DOMINGUEZ–GONZALEZ, a/k/a Domingues A. Trinidad, a/k/a Christian Enrique Torres–Torres, a/k/a Mexico, Defendant–Appellant.

No. 15–7996

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Erickson Dominguez–Gonzalez, Appellant Pro Se. Eric David Goulian, Jonathan Philip Holbrook, Seth Morgan Wood, Office of the United States Attorney, Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erickson Dominguez–Gonzalez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Dominguez–Gonzalez a sentence reduction on public safety grounds. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir.2013) (stating standard). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED